**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 437 MAL 2023

                           Respondent           :

                                     :     Petition for Allowance of Appeal

                                   :     from the Order of the Superior Court

                       v.                   :

                                     :

AVERY MICHAEL NASCIMENTO,          :

                               :

                      Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.